MICHAEL J. BETTINGER (STATE BAR NO. 122196)
STEPHEN M. EVERETT (STATE BAR NO. 121619)
HOLLY HOGAN (STATE BAR No. 238714)
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California 94111-5994
Telephone: 415.882.8200
Facsimile: 415.882.8220
mike.bettinger@klgates.com
stephen.everett@klgates.com
holly.hogan@klgates.com

ISABELLA E. FU (State Bar No. 154677)
MICROSOFT CORPORATION
One Microsoft Way
Redmond, WA  98052
Telephone: (425) 882-8080
Facsimile: (425) 936-7329
Isabella.Fu@microsoft.com

Attorneys for Defendant, Counterclaimant
MICROSOFT CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IMPLICIT NETWORKS, INC.,<br><br>                Plaintiff,<br><br>  vs.<br><br>MICROSOFT CORPORATION,<br><br>                Defendant. | Case No. 3:09-cv-05633 SI<br><br>**[PROPOSED] ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |

[PROPOSED] ORDER FOLLOWING CASE MANAGEMENT CONFERENCE

The Court held a case management conference on January 15, 2010 in the above-captioned matter. Following the case management conference, IT IS HEREBY ORDERED that the Court sets the following schedule in this matter:

| | |
|---|---|
| Disclosure of asserted claims | January 22, 2010 |
| Response to complaint | February 1, 2010 |
| ADR certification | February 5, 2010 |
| Rule 26 Initial Disclosure | February 5, 2010 |
| LR 3-1 Infringement Contentions | February 22, 2010 |
| LR 3-2 Document Production | February 22, 2010 |
| Deadline for Private ADR | April 1, 2010 |
| LR 3-3 Invalidity Contentions | April 9, 2010 |
| LR 3-4 Document Production | April 9, 20101 |
| LR 4-1 Proposed Terms for Construction | April 19, 2010 |
| LR 4-2 Preliminary Claim Construction | May 3, 2010 |
| LR 4-3 Joint Claim Construction Statement | May 13, 2010 |
| Status Conference | May 14, 2010 (3 p.m.) |
| Completion of claim construction discovery | May 28, 2010 |
| Opening claim construction brief | June 2, 2010 |
| Response claim construction brief | June 16, 210 |
| Reply claim construction brief | June 23, 2010 |
| Tutorial | July 7, 2010 (3:30-5:30 p.m.) |
| Claim construction hearing | July 8, 2010 (3:30-5:30 p.m.) |

IT IS SO ORDERED.

Dated: _____

*[signature: Susan Illston]*

The Honorable Susan Illston
UNITED STATES DISTRICT JUDGE